UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JUSTIN SCOTT PRUE, | CV No.: 3:18-CV-01770-AA |
| Plaintiff, | |
| | ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| ANDREW M. SAUL COMMISSIONER SOCIAL SECURITY, | |
| Defendant. | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $18,697.00 for attorney fees pursuant to 42 U.S.C. § 406(b). The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. § 406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this  9th  day of     July        , 2020.

                                                            /s/Ann Aiken
                                                            Ann Aiken
                                                            United States District Judge

PRESENTED BY:
Robyn M. Rebers OSB#034309
Attorney for Plaintiff